442 A.2d 355

McCully v. Dic Corp. of Pa. et al.

Appeal of The Dic Concrete Corp. of Pennsylvania.
Petition for Allowance of Appeal Denied June 30, 1982.

Argued September 9, 1981.

David Richman, for Dic Concrete Corp., appellant; Carl M. Mazzocone, for McCully, appellee; James J. McEldrew, for Frankel-Wolgin, et al., appellees.

Before HESTER, McEWEN and SHERTZ, JJ.

Order affirmed.

SHERTZ, J., concurred in the result.

Decision was rendered prior to SHERTZ, J., leaving the bench of Superior Court of Pennsylvania.